**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antonio MOSLEY, a/k/a Abdullah Hamid, Defendant–Appellant.**

No. 14–7723.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Antonio Mosley, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Mosley seeks to appeal the district court's orders denying the respondent's motions for an extension of time and denying Mosley's motion to recuse. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Mosley seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*